UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MTR Gaming Group, Inc.** | : |
| Plaintiff, | : Civil Action No. 1:11-cv-00208-SPB |
| v. | : Erie Division |
| **Edson R. Arneault** | : Electronically Filed |
| Defendant | : JURY TRIAL DEMANDED |

### STIPULATION OF DISMISSAL PURSUANT TO
### RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all parties that have appeared in this action hereby stipulate to the dismissal of the above-captioned proceeding, including all counterclaims, with prejudice pursuant to Rule 41(a)(1)(ii) and Rule 41(c).

Respectfully submitted,

/s/ Frederick P. Santarelli
Henry F. Siedzikowski (PA #30458)
Frederick P. Santarelli (PA #53901)
ELLIOTT GREENLEAF & SIEDZIKOWSKI, P.C
Union Meeting Corporate Center
925 Harvest Drive
Blue Bell, PA 19422
(215) 977-1000

Christopher Sinnott (PA #69402)
MARNEN MIODUSZEWSKI BORDONARO
    WAGNER & SINNOTT, LLC
516 West Tenth Street
Erie, PA 16502
(814) 874-3460

*Counsel for Plaintiff/Counterclaim Defendant*
MTR Gaming Group, Inc.

Dated: March 13, 2015

/s/ John F. Mizner
John F. Mizner (PA #53323)
Joseph M. Kanfer (PA # 306558)
MIZNER LAW FIRM
201 German Street
Erie, Pennsylvania 16507
(814) 4543889

*Counsel for Defendant/Counterclaim Plaintiff*
Edson R. Arneault

It is so ordered and the Clerk is directed to close the case;

**Magistrate Judge Susan Paradise Baxter**

Digitally signed by Magistrate Judge Susan Paradise Baxter
DN: cn=Magistrate Judge Susan Paradise Baxter, o, ou, email=Judge_Susan_Baxter@pawd.uscourts.gov, c=US
Date: 2015.03.16 09:58:21 -04'00'

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MTR Gaming Group, Inc.** | : |
| Plaintiff, | : Civil Action No. 1:11-cv-00208-SPB |
| v. | : Erie Division |
| **Edson R. Arneault** | : Electronically Filed |
| Defendant | : JURY TRIAL DEMANDED |

### CERTIFICATE OF SERVICE

I hereby certify that I filed and served on counsel of record the foregoing using the CM/ECF system.

OF COUNSEL:
ELLIOTT GREENLEAF
  &amp; SIEDZIKOWSKI, P.C.

/s/ Frederick P. Santarelli
FREDERICK P. SANTARELLI (PA #53901)
Union Meeting Corporate Center
925 Harvest Drive
Blue Bell, PA  19422
(215) 977-1000

*Counsel for Plaintiff/Counterclaim Defendant*
MTR Gaming Group, Inc.

Dated: March 13, 2015